**Electronically Filed
Supreme Court
SCWC-23-0000478
02-DEC-2025
01:28 PM
Dkt. 5 OGAC**

SCWC-23-0000478

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

BASIL WOODY,
Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000478; CASE NO. 3DTA-23-00311)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

The application for writ of certiorari filed on

October 21, 2025, by Petitioner/Defendant-Appellee Basil Woody,

is hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, December 2, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ James H. Ashford

